IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-HC-2143-D

| | |
|---|---|
| MARCUS THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JUSTIN ANDREWS, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On May 24, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation
("M&R") [D.E. 21] and recommended that the court grant respondent's motion for summary
judgment [D.E. 14] and dismiss Marcus Thompson's ("Thompson" or "petitioner") petition for a
writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. Thompson did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of
those portions of the magistrate judge's report or specified proposed findings or recommendations
to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th
Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely
objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that
there is no clear error on the face of the record in order to accept the recommendation." Diamond,
416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear
error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 21].

In sum, the court ADOPTS the conclusions in the M&R [D.E. 21], GRANTS respondent's motion for summary judgment [D.E. 14], and DISMISSES Thompson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. The clerk shall close the case.

SO ORDERED. This _5_ day of August 2019.

JAMES C. DEVER III
United States District Judge